UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT COLBERG            JURY TRIAL DEMANDED

v.            CASE NO.  3:06CV

CONTEMPORARY COLLECTIONS INC.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant engaged in collection efforts on a personal account in plaintiff 's name.

7. Defendant did not give plaintiff the required notices

8. Defendant continued to call plaintiff at his place of employment after he directed it not to do so.

FIRST COUNT

9. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

10. Within three years prior to the date of this action defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication from defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                                    THE PLAINTIFF


                                    BY__/s/ Joanne S. Faulkner__
                                    JOANNE S. FAULKNER ct04137
                                    123 AVON STREET
                                    NEW HAVEN, CT 06511-2422
                                    (203) 772-0395
                                    j.faulkner@snet.net