**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ROBERT COLBERG** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:06CV01862 (JCH) |
| | : | |
| **CONTEMPORARY COLLECTIONS INC.** | : | |
| | : | |
|     Defendant. | : | JULY 10, 2007 |

## STIPULATION FOR DISMISSAL

In accordance with Fed. R. Civ. P. 41 (a), the parties, by their respective undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice, subject to reopening the dismissal if the following agreed-upon settlement has not been fully consummated by December 31, 2007:

Defendant agrees to pay to Plaintiff the total sum of $5,298.00, payable in monthly installments of $883.00 per month beginning July 1, 2007.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| BY____/s/ Joanne S. Faulkner___ | BY____/s/ Gennaro Bizzarro___ |
| JOANNE S. FAULKNER ct04137 | GENNARO BIZZARRO ct22903 |
| 123 Avon Street | Sheehan, Rembish, LaSaracina, & Bizzarro, LLC |
| New Haven, CT 06511-2422 | 31 High Street |
| (203) 772-0395 | New Britain, CT 06051 |
| j.faulkner@snet.net | Tel: (860) 229-0400 |
| | Fax: (860) 229-0401 |
| | gbizzarro@srlblaw.com |

**IT IS SO ORDERED,** this _____ day of _____, 2007

_____
JANET C. HALL
United States District Judge